**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 19-2275-cv

**Caption [use short title]:** Nicholas Franze, et al. v. Bimbo Bakeries USA, et al.

**Motion for:** Leave to File Amici Curiae Brief
Leave for Extension of Time to file Amici Curiae Brief

Set forth below precise, complete statement of relief sought:

Pursuant to Fed. R. App. P. 29(a)(3), the Labor and Employment Committee of the National Lawyers Guild, the National Lawyers Guild-NYC Chapter's Labor and Employment Commitee, the Maurice & Jane Sugar Law Center and the National Employment Lawyers Association/NY, by and through undersigned counsel, hereby move for leave to participate as amici curiae in support of Plaintiff-Appellants and for an extension of time to file the attached brief.

**MOVING PARTY:** Amici Curiae in support of Plaintiff-Appellants
☐ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:**

**MOVING ATTORNEY:** Shannon Liss-Riordan

**OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000 Boston, MA 02116
617-994-5800; sliss@llrlaw.com

**Court-Judge/Agency appealed from:** Southern District of New York - Judge Nelson S. Roman

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Shannon Liss-Riordan **Date:** January 22, 2020 Service by: ☑ CM/ECF ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# NO. 19-2275-cv

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

NICHOLAS FRANZE, on behalf of themselves, and of all similarly situated individuals, GEORGE SCHRUFER, JR., on behalf of themselves, and of all similarly situated individuals,
         *Plaintiffs-Counter-Defendants-Appellants,*
         *v.*
BIMBO BAKERIES USA, INC., BIMBO FOODS BAKERIES DISTRIBUTION, LLC, FKA BIMBO FOODS BAKERIES DISTRIBUTION INC., FKA GEORGE WESTON BAKERIES DISTRIBUTION, INC.,
         *Defendants-Counter-Claimants-Appellees*,
         *and*
BIMBO FOODS BAKERIES DISTRIBUTION, INC., FKA GEORGE WESTON BAKERIES DISTRIBUTION, INC.,
         *Defendants*

*On Appeal from the United States District Court
for the Southern District of New York*

**MOTION FOR LEAVE FOR EXTENSION OF TIME AND FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF FOR THE LABOR AND EMPLOYMENT COMMITTEE OF THE NATIONAL LAWYERS GUILD, THE NATIONAL LAWYERS GUILD-NEW YORK CITY CHAPTER'S LABOR AND EMPLOYMENT COMMITTEE, THE MAURICE & JANE SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE, AND THE NATIONAL EMPLOYMENT LAWYERS ASSOCIATION/NEW YORK.**

Shannon Liss-Riordan
Harold Lichten, *request for admission pending*
Lichten & Liss-Riordan, P.C.      *Attorneys for Amici Curiae*
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800

1

# MOTION FOR LEAVE TO FILE *AMICUS* BRIEF AND FOR EXTENSION OF TIME

## I. Motion for Leave to File *Amicus* Brief.

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), The Labor and Employment Committee of the National Lawyers Guild, the Labor and Employment Committee of the National Lawyers Guild-New York City Chapter, the Maurice & Jane Sugar Law Center for Economic and Social Justice, and the National Employment Lawyers Association of New York seek leave to file an *amicus* brief in support of Plaintiff-Appellants.[1] The undersigned counsel has notified counsel for the Parties that they intend to file this Motion. Plaintiffs-Appellants assent to this Motion. Defendants-Appellees have not yet indicated whether they intend to oppose this Motion.

The **Labor and Employment Committee ("LEC") of the National Lawyers Guild ("NLG")** is a non-profit unincorporated legal association engaged in legal education and advocacy. The membership of the LEC includes approximately 6,000 lawyers, law students, legal workers, and worker representatives. It serves as a liaison between the NLG and legal organizations that represent organized labor and workers. The NLG was founded in 1937 as the

---

[1] Attorney for *amici* Harold Lichten represents several other Bimbo drivers pursuing wage claims under the New York Labor Law and Fair Labor Standards Act in other pending proceedings.

2

first integrated national organization of lawyers in the United States.  Labor and employment issues have been a central focus of the Guild's mission during its history.  The LEC has a long record of action on behalf of low-wage and immigrant workers, both as amicus and through strategic coordination, scholarship and advocacy.  The members of LEC also provide direct representation to workers, including those facing misclassification by their employers.

The **National Lawyers Guild New York City Chapter's Labor and Employment Committee ("NLG-NYC LEC")** is a committee of the New York City Chapter of the NLG, consisting of labor-and-employment lawyers, law students, and legal workers.  The NLG-NYC LEC provides professional development programs, support work, and mentoring to its members and constituents.  The NLG-NYC LEC's members represent labor unions, workers' centers, community organizations, and individual workers throughout New York State and the rest of the nation in all areas of workers' rights.  The proper classification of workers as employees is a central concern of the NLG-NYC LEC, because most workplace rights hinge on whether workers are employees.

The **Maurice & Jane Sugar Law Center for Economic & Social Justice** ("Sugar Law Center") is a leading national nonprofit law center based in Detroit, Michigan.  The Sugar Law Center provides legal support to workers and labor organizations across the United States, including in New York State.  The Sugar

Law Center provides legal services on projects that seek to ensure a workplace free of discrimination, protect workers from wage theft, improve benefits to displaced workers, ensure the right to organize, and realize fuller economic and social rights. Among the populations the Sugar Law Center serves are misclassified workers.

The **National Employment Lawyers Association/New York** (NELA/NY) is the local affiliate of the National Employment Lawyers Association (NELA). It promotes the rights of employees through legislation, a legal referral service, and other activities, with an emphasis on the challenges presented by New York's employment laws. NELA is the country's only professional organization comprised exclusively of lawyers who represent individual employees in cases involving employment discrimination, wrongful termination, employee benefits, and other employment-related matters. NELA has a membership of more than 2,000 lawyers in 50 states and the District of Columbia, as well as 50 state and local affiliates around the country. NELA strives to protect the rights of its members' clients, and regularly supports precedent-setting litigation affecting workplace rights, including to ensure proper classification of workers. The proposed brief will aid the Court in resolving the legal issues presented by this case. This case involves the misclassification of employees as independent contractors through a common scheme by which transportation companies purport to contract with "independent" business entities which purchase the right to deliver

goods in a defined territory. In reality, these companies reap all the benefits of an employment relationship while avoiding their employment-law obligations. The proposed *amici* have significant experience working with workers affected by the practices at issue in this appeal.

Movants' brief addresses the widespread nature of misclassification and its associated societal harms. It also addresses the appropriate standard of law to be applied to this case, and shows that the lower court's grant of summary judgment to Defendant-Appellees was improper in light of those legal standards and the evidence presented in the record.

## II. Motion for Extension of Time to File *Amicus* Brief.

Movants' also request leave to file the attached *amicus* brief beyond the standard deadline set by Federal Rule of Appellate Procedure 29(a)(6). That rule provides that *amici* should file their proposed brief just seven days after the party being supported files their principal brief. Fed. R. App. P. 29(a)(6). Plaintiff-Appellants filed their principle brief on November 4, 2019.

Granting *amici* leave to file the attached brief is appropriate here. Defendant-Appellees' responsive brief is due to be filed on February 3, 2020, leaving them ample time to review and respond to the arguments presented by this brief. Defendant-Appellees' would suffer no prejudice if *amici* were granted this extension of time to file their brief. On the other hand, the proposed brief will help

5

the court reach its decision in this case by shedding light on the pervasive issue of misclassification, the societal harms which result from that issue, and the lower court's misapplication of relevant legal standards that are essential to protecting the rights of marginalized workers.

Dated: January 22, 2020


Respectfully submitted,

/s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan, Esq.
Harold Lichten, Esq., *request for admission pending*.
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com

# CERTIFICATE OF SERVICE

I, Shannon Liss-Riordan, hereby certify that a copy of the foregoing document was filed electronically with the Clerk of Court of the United States Court of Appeals for the Second Circuit and served upon all counsel of record via the Court's CM/ECF system and that a hard copy was served by first class mail, postage prepaid, upon all attorneys of record on January 22, 2020.

Dated: January 22, 2020


/s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan, Esq.
Harold Lichten, Esq., *request for admission pending.*
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com